UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

B DUBS, LLC, ET AL.

VERSUS

SCOTTSDALE INSURANCE
COMPANY, ET AL.

CIVIL ACTION

NO. 15-65-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 27, 2015, in response to which a Binding Stipulation (Doc. 19) was filed:

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 6) is GRANTED, and that the action is REMANDED to the 18th Judicial District Court, Iberville Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on June 11, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**